## Virginia Dreyfuss, v. William Freud et al., Intervening Petitioners.

## Thomas M. Hoyne et al., Appellees, v. Louis Grollman et al., Appellants.

## Gen. No. 23,273.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 30, 1918.

### Statement of the Case.

Petition by Thomas M. Hoyne and others, petitioners, against Louis Grollman and others, respondents, to establish a lien for an attorney's fee. From a decree providing that petitioners should have a lien in the sum of $518.65, respondents appeal.

JULIAN C. RYER, for appellants.

HOYNE, O'CONNOR & IRWIN, for appellees.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

## Abstract of the Decision.

1. ATTORNEY AND CLIENT, § 150*—*nature and establishment of attorney's lien.* An attorney's lien is purely a creature of statute, and the statute must be followed in order to establish it.

2. ATTORNEY AND CLIENT, § 149a*—*what is effect of service of notice of attorney's lien.* Where notice has been duly served by an attorney as provided by the Attorney's Lien Act (J. & A. ¶ 611), the attorney becomes a part owner of the decree in favor of the client and stands in the same position as if the client had assigned him an interest in the decree.

3. ATTORNEY AND CLIENT, § 141*—*when attorney has lien upon realty.* Where the decree in favor of his client is a lien upon realty, an attorney who has served notice as provided by the Attorney's Lien Act has a lien on such realty.

4. ATTORNEY AND CLIENT, § 141*—*what is effect of conveyance of land upon attorney's lien.* The fact that, after an attorney has served notice of his lien, real estate bound by his lien is conveyed by the holders does not destroy his lien, but the grantee takes the realty subject thereto.

5. ATTORNEY AND CLIENT, § 149a*—*what is effect of acknowledging receipt of notice of lien.* One who in writing acknowledges receiving notice of a lien cannot thereafter successfully deny it.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.